FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 MAR 16  AM 7: 19

LORETTA G. WHYTE
        CLERK

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DARREL JOHNSON** | **CIVIL ACTION** |
| **VERSUS** | **NO. 05-6647** |
| **RAYMOND C. BIGELOW** | **SECTION "K"(2)** |

### ORDER

The Court, after considering the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge and plaintiff's objections filed on February 13, 2006, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.

Pursuant to 28 U.S.C. § 636(b)(1), the Court has made a de novo review of those portions of the report and recommendations to which objection is made; however, the objections raised are without merit. Plaintiff's claims against Judge Raymond Bigelow are barred by judicial immunity. Plaintiff's claims clearly arise from actions taken by Judge Bigelow in connection with plaintiff's criminal proceedings in the Orleans Parish Criminal District Court. The Court finds the Magistrate Judge's Report and Recommendation to be comprehensive and correct.

Accordingly,

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____

**IT IS ORDERED** that plaintiff's complaint asserting claims pursuant to 42 U.S.C. § 1983 is hereby **DISMISSED WITH PREJUDICE** as legally frivolous and/or for failure to state a claim under 28 U.S.C. § 1915(e)(2)

New Orleans, Louisiana, this 15th day of March, 2006.

 STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE